# UNITED STATES DISTRICT COURT

for the

District of Maryland

JAN 0 9 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Apple iPhone 7, model A1660, FCC ID: BCG-E3085A, IC: 579C-E3085A; Black in Color; Stored in "Otterbox" Brand Phone Case.

Case No. 17-3442 BPG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of ___Maryland___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A (a)(1),(b)(1); | Transportation of Child Pornography; |
| 18 U.S.C. 2252 (a)(2),(b)(1); | Receipt of Child Pornography; |
| 18 U.S.C. 2252A (a)(5)(B),(b)(2). | Possession of Child Pornography. |

The application is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Todd A. Moody, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-19-17

_____
*Judge's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*